No. 98–9539. LAI *v.* INTERNATIONAL IMMUNOLOGY CORP. ET AL. Ct. App. Cal., 4th App. Dist.;

No. 98–9749. McFALL *v.* DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir.;

No. 98–9760. BOONE *v.* CHARLIE OBAUGH PONTIAC BUICK, INC. Sup. Ct. Va.;

No. 98–9992. SHARIF-JOHNSON *v.* ILLINOIS EDUCATIONAL LABOR RELATIONS BOARD ET AL. App. Ct. Ill., 1st Dist.;

No. 98–10040. BASTA *v.* FARNER. Cir. Ct. Wood County, W. Va.;

No. 99–5301.   LADNER *v.* CITY OF NEW YORK ET AL.   C. A. 2d Cir.; and

No. 99–5599.   SUMNER *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until October 25, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.